RECEIPT NUMBER
575036

5

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

JUDGE : O'Meara, John Corbett
DECK : S. Division Civil Deck
DATE : 04/29/2005 @ 11:14:51
CASE NUMBER : 5:05CV60093
CMP MANISHA PATEL V USCIS (JLC)

MANISHA PATEL,

Plaintiff,

vs.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, an agency of the United States government,

Defendant.

Case N

COMP

MAGISTRATE JUDGE DONALD A. SCHEER

JOHN CORBETT O'MEARA

1. This is an application by plaintiff Manisha Patel for a hearing on her application for naturalization which was filed on September 22, 2003 with the defendant and is still currently awaiting a decision.

2. This application is brought pursuant to 8 U.S.C. § 1447(b) which provides that "if there is a failure to make a determination under § 335, 8 USC § 1446, before the end of the 120-day period after the date on which the examination is conducted under such section, the applicant may apply



Michael E. Piston, P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

to the United States District Court for the district in which the applicant resides for a hearing on the matter. Such court has jurisdiction over the matter and may either determine the matter or remand the matter, with appropriate instructions, to the Service to determine the matter."

3. The defendant, United States Citizenship and Immigration Services (hereinafter USCIS), is an agency of the United States government residing in the District of Columbia.

4. The plaintiff, Manisha Patel, is a citizen of India, lawfully admitted to the United States for permanent residence, and residing in the State of Michigan.

5. Pursuant to 28 U.S.C. § 1391(e), venue is proper in the state of Michigan, the residence of the plaintiff.

6. Mrs. Patel was examined on her application under 8 U.S.C. § 1445 on June 25, 2004 by the defendant.

7. On October 1, 2004, Mrs. Patel, through her then attorney, Sufen Hilf, sent a written request to the defendant seeking to learn the status of her application for naturalization.

8. On November 1, 2004, the plaintiff, again through her then attorney, Sufen Hilf, personally inquired regarding the status of her application for naturalization at the defendant's office at 333 Mt. Elliott, Detroit, MI and was informed that an Officer Reeves had just received Mrs. Patel's A file from the defendant's office in Denver.

9. Mrs. Patel has never lived in the state of Colorado and there is no reason why she would have a file with the defendant's office there.

10. On January 6, 2005, Mrs. Patel's attorney, Sufen Hilf, received an email from Officer Lisa Jones of the defendant informing her that "(y)ou should receive our decision in the mail next week."

11. On February 1, 2005 Ms. Jones sent Ms. Hilf an e-mail indicating that there was too much to do in this case for a decision to be made at that time.



Michael E. Piston, P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

12. Mrs. Patel has neither directly nor through her attorneys received any further communication from the defendant pertaining to this matter.

13. Mrs. Patel was, at the time of the filing of her application for naturalization, and is now, fully qualified to be naturalized as a U.S. citizen under the applicable laws and regulations of the United States and the defendant.

## RELIEF REQUESTED

Therefore Mrs. Patel respectfully requests the court to hear her application for naturalization and, upon hearing, order the defendant to naturalize her as a citizen of the United States.

Dated this 27th day of April, 2005

Michael E. Piston P34568
Lila Sljivar P64301
Michael E. Piston, P.C.
4000 Livernois Road, Ste. 110
Troy, MI 48098
(248)524-1936 telephone
(248) 928-0340 facsimile
michael@piston.net

JS 44 11/99

# CIVIL COVER SHEET

COUNTY IN WHICH THIS ACTION AROSE: Wayne 26163

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

MAGISTRATE JUDGE DONALD A. SCHEER

05-60093

JOHN CORBETT O'MEARA

**I. (a) PLAINTIFFS**

MANISHA PATEL

(b) County of Residence of First Listed: Macomb 26099

(C) Attorney's (Firm Name, Address, and Telephone Number)
Michael E. Piston/ Lila Sljivar
Michael E. Piston, PC, 4000 Livernois, Suite 110
Troy, MI 48098
(248) 524-1936

**DEFENDANTS**

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES

County of Residence of First Listed: Wayne

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)
Steven J. Murphy, III, U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9500

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item 111)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PLA | DEF | | PLA | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another | ☐ 2 | ☐ 2 | Incorporated and Principal of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

890

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment and Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault Libel And Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury-Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21: 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☒ 890 Other Statutory Actions

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multi district Litigation
- ☐ 7 Appeal to District Judge from Magistrate

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

8 U.S.C. § 1447 (b) application for judicial naturalization

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 $DEMAND

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

**VIII. RELATED CASE(S)** (See instructions): IF ANY

JUDGE ______ DOCKET NUMBER ______

DATE 4/29/2005

SIGNATURE OF ATTORNEY OF RECORD Lila Sljivar

...TO LOCAL RULE 83.11

...s this a case that has been previously dismissed?

☐ Yes
☒ No

If yes, give the following information:

Court:__________________________________________

Case No.:_______________________________________

Judge:__________________________________________

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)

☐ Yes
☒ No

If yes, give the following information:

Court:__________________________________________

Case No.:_______________________________________

Judge:__________________________________________

Notes:

---